1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOROS K. PANOSSIAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FORD MOTOR COMPANY, ET AL,<br><br>　　　　　Defendant. | Case No. CV 16-07403-AFM<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO PROSECUTE** |

　　　On October 3, 2016, plaintiff filed the complaint in this action. As of the date of this order to show cause, a summons has not been presented for issuance by the Clerk using the Court's CM/ECF system, pursuant to Local Rule 4-1. Also, mandatory copies of all documents were not submitted to chambers, pursuant to Local Rule 5-4.5. The Court docketed a reminder of this requirement on October 7, 2016 [ECF #6].

　　　Accordingly, IT IS ORDERED that within 20 days of the filing date of this Order, plaintiff shall show cause in writing why this action should not be dismissed for failure to prosecute.  If plaintiff fails to file a written objection to dismissal of this action within the time specified, it will be deemed to have consented to a

dismissal against defendants. The filing of a summons for issuance by the Clerk and the delivery of copies of all documents to chambers within 20 days shall discharge the order to show cause.

DATED: 10/19/2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE